# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT EMORY LESLIE, III,
        Appellant,
vs.
THE STATE OF NEVADA,
        Respondent.

No. 80164

**FILED**

JAN 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction and an amended judgment of conviction. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on June 4, 1996, and the amended judgment of conviction on March 16, 2007. Appellant did not file the notice of appeal, however, until December 2, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Stefany Miley, District Judge
Wilbert Emory Leslie, III
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A